UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,          )
ex rel. PAUL CAIRNS, et al.,       )
                                   )
            Relators,              )      No. 1:12 CV 00004 SNLJ
                                   )
       v.                          )
                                   )
D.S. MEDICAL, L.L.C., et al.,      )
                                   )
            Defendants.            )

## **RELATORS' MOTION TO DISMISS COUNTS I AND III WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. Proc. 41 and 31 U.S.C. § 3730(b)(1), the Relators hereby file

their motion for voluntary dismissal of Counts One and Three of the Relators' Complaint without

prejudice. A voluntary dismissal conserves both the resources of the Court and the Government,

and does not financially impact the defendants. Voluntary dismissal also means the parties will

not have to engage in extensive discovery or motion practice, or litigate complex legal issues,

regarding the dismissed counts.

Wherefore, Relators respectfully move for a dismissal of Counts One and Three of the

Relators' complaint without prejudice, and respectfully requests such other and further relief as

the Court deems just and proper.

Respectfully submitted,

Jeffrey Jensen, #46745MO
Matthew Schelp, #45724MO
Matthew Diehr, #61999MO
Counsel for Relators



**CERTIFICATE OF SERVICE**

A copy of the foregoing was mailed this 27th day of June, 2014, to the following:

ANDREW J. LAY, #28542
SUZANNE J. MOORE, #45321MO
Assistant United States Attorneys
111 S. 10th St., Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
FAX (314) 539-2284

2