UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. PAUL CAIRNS, et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:12CV00004 AGF |
| D.S. MEDICAL, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the motion of the United States, in which Relators join, to dismiss without prejudice all claims against two of the Defendants named in Relators' complaint, namely Midwest Family Care LLC and Mount Auburn Medical Group LLC, doing business as Mount Auburn Aesthetics, is **GRANTED**.  (Doc. No. 55.)

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of September, 2014.