UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PAUL CAIRNS, et al., <br><br> Plaintiffs, <br> v. <br><br> D.S. MEDICAL, L.L.C., MIDWEST NEUROSURGEONS, L.LC., SONJAY FONN, D.O., and DEBORAH SEEGER, <br><br> Defendants. | Cause No. 1:12-CV-00004 AGF |

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO RULE 50(b) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

Defendants Sonjay Fonn, D.O., Midwest Neurosurgeons, L.L.C., Deborah Seeger and D.S. Medical, L.L.C. (the "Defendants"), by and through their counsel of record, hereby move this Court for Judgment as a Matter of Law Pursuant to Rule 50(b) or, In the Alternative, For a New Trial. For the reasons set forth in the accompanying Memorandum in Support of Joint Motion for Judgment as a Matter of Law Pursuant to Rule 50(b) or, In the Alternative, For a New Trial, Defendants respectfully request this Court grant their Motion.

Dated:  October 12, 2018

Respectfully submitted,

DOWD BENNETT LLP

By:  */s/ James G. Martin*
    James G. Martin #33586MO
    Edward L. Dowd, Jr. #28785MO
    James F. Bennett #46826MO
    Robert F. Epperson, Jr. #46430MO
    7733 Forsyth Blvd., Suite 1900
    St. Louis, MO 63105
    314/889-7300 (Telephone)
    314/863-2111 (Facsimile)
    jmartin@dowdbennett.com
    edowd@dowdbennett.com
    jbennett@dowdbennett.com
    repperson@dowdbennett.com

THE LIMBAUGH FIRM

By:  */s/ Curtis O. Poore*
    Curtis O. Poore #38067MO
    407 N. Kingshighway, Suite 400
    Post Office Box 1150
    Cape Girardeau, MO 63702-1150
    573/335-3316 (Telephone)
    573/335-0621 (Facsimile)
    curt@limbaughlaw.com

*Attorneys for Defendants Sonjay Fonn, D.O. and Midwest Neurosurgeons LLC*

CAPES, SOKOL, GOODMAN &
  SARACHAN, P.C.

By:  */s/ Sanford J. Boxerman*
    Sanford J. Boxerman #37436MO
    Drey A. Cooley #58784MO
    7701 Forsyth Blvd., 12th Floor
    St. Louis, MO 63105
    314/505-5470 (Telephone)
    314/505-5471 (Facsimile)
    boxerman@capessokol.com
    cooley@capessokol.com

*Attorneys for Deborah Seeger and D.S. Medical, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October, 2018, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

*/s/ James G. Martin*