UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. PAUL CAIRNS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:12-CV-00004 AGF |
| D. S. MEDICAL, L.L.C., et al., | ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' OPPOSITION TO GOVERNMENT'S BILL OF COSTS

Defendants oppose the Government's attempt to have the clerk tax costs for a deposition that occurred in 2012, over a year and a half before the Government intervened in this case and while it was still merely investigating. *See* Doc. 493.

28 U.S.C. § 1920(2) provides the Court may award fees for deposition transcripts "necessarily obtained for use in the case." In other words, costs "associated with depositions are taxable if the depositions were obtained for trial preparation and not merely for investigative purposes." *Morgan v. Orthopaedic Associates of Se. Missouri, P.C.*, 2014 WL 3687120, at *1 (E.D. Mo. July 24, 2014) (citing *Data Mfg., Inc. v. United Parcel Serv., Inc.*, 2009 WL 214598, at *1 (E.D.Mo. Jan. 28, 2009) and *Slagenweit v. Slagenweit*, 63 F.3d 719, 721 (8th Cir. 1995)).

The Government seeks $783.45 in costs for William J. Tegel's deposition, the bill for which was dated October 25, 2012. *See* Doc. 493-1 at 1. The Government did not decide to intervene in this case until over a year and a half later, on June 30, 2014. *See* Doc. 23. Clearly, the Government was investigating its case when it deposed Tegel, and his deposition was "merely for investigative purposes." *See Morgan*, 2014 WL 3687120, at *1. It was not obtained for trial preparation and its cost should not be borne by Defendants. *See id.* Defendants' counsel did not

even begin to enter their appearances until August 2014. *See* Doc. 29. And, tellingly, the next depositions for which the Government seeks costs are almost four years later—when it was conducting depositions in preparation for trial and not merely for investigative purposes. *See* Doc. 493-1 at 1 (next deposition cost dated July 12, 2016).

WHEREFORE, Defendants respectfully request this Court reduce the Government's Bill of Costs by $783.45.

Dated: April 30, 2020                                             Respectfully submitted,

                                                                                    DOWD BENNETT LLP

                                                                                    By: */s/ James G. Martin*
                                                                                         James G. Martin #33586MO
                                                                                         Edward L. Dowd, Jr. #28785MO
                                                                                         James F. Bennett #46826MO
                                                                                         Robert F. Epperson, Jr. #46430MO
                                                                                         7733 Forsyth Blvd., Suite 1900
                                                                                         St. Louis, MO 63105
                                                                                         314/889-7300 (Telephone)
                                                                                         314/863-2111 (Facsimile)
                                                                                         jmartin@dowdbennett.com
                                                                                         edowd@dowdbennett.com
                                                                                         jbennett@dowdbennett.com
                                                                                         repperson@dowdbennett.com

                                                                                    THE LIMBAUGH FIRM

                                                                                    By: */s/ Curtis O. Poore*
                                                                                         Curtis O. Poore #38067MO
                                                                                         407 N. Kingshighway, Suite 400
                                                                                         Post Office Box 1150
                                                                                         Cape Girardeau, MO 63702-1150
                                                                                         573/335-3316 (Telephone)
                                                                                         573/335-0621 (Facsimile)
                                                                                         curt@limbaughlaw.com

                                                                                    *Attorneys for Defendants Sonjay Fonn, D.O.*
                                                                                    *and Midwest Neurosurgeons, LLC*

CAPES, SOKOL, GOODMAN & SARACHAN, P.C.

By: */s/ Sanford J. Boxerman*
Sanford J. Boxerman #37436MO
Drey A. Cooley #58784MO
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
314/505-5470 (Telephone)
314/505-5471 (Facsimile)
boxerman@capessokol.com
cooley@capessokol.com

*Attorneys for Deborah Seeger and DS Medical LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

*/s/ James G. Martin*

3