# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2445

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC and Midwest Family Care, LLC

Midwest Neurosurgeons, LLC

Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Sonjay Fonn, M.D.

Appellant

Deborah Seeger

No: 20-2448

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC

Appellant

Midwest Family Care, LLC, et al.

Deborah Seeger

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cv-00004-AGF)

_____

**ORDER**

The unopposed motion to remand to the district court for the limited purpose of allowing the district court to rule on the government's pending request to dismiss the equitable claims is granted. Jurisdiction is retained. The district court is requested to forward its order to this court.

September 01, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans