# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2445

United States of America, ex rel., et al.

Appellees

v.

Sonjay Fonn, M.D. et al.

Appellants



No: 20-2448

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC et al.

Appellants



No: 20-3009

United States of America, ex rel., et al.

Appellees

v.

Sonjay Fonn, M.D. et al.

Appellants

No: 20-3010

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC et al.

Appellants

___

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau - (1:12-cv-00004-AGF)

___

**ORDER**

On the court's own motion, appellant's briefs in the consolidated cases are due October 27, 2020. Appellant/petitioner brief of Sonjay Fonn, Midwest Neurosurgeons, LLC, D.S. Medical LLC and Deborah Seeger due 10/27/2020. Appendix due on 10/27/2020.

September 28, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans