# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2445

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC and Midwest Family Care, LLC

Midwest Neurosurgeons, LLC

Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Sonjay Fonn, M.D.

Appellant

Deborah Seeger

No: 20-2448

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC

Appellant

Midwest Family Care, LLC, et al.

Deborah Seeger

Appellant

No: 20-3009

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC and Midwest Family Care, LLC

Midwest Neurosurgeons, LLC

Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Sonjay Fonn, M.D.

Appellant

Deborah Seeger

No: 20-3010

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC

Appellant

Midwest Family Care, LLC, et al.

Deborah Seeger

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cv-00004-AGF)
(1:12-cv-00004-AGF)
(1:12-cv-00004-AGF)

---

**ORDER**

On the court's own motion, this case is hereby removed from the September 23, 2021, oral argument calendar, and will be rescheduled at a later date. Counsel will be notified when the case is rescheduled.

August 20, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans