# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 24-1809

_____

United States of America, ex rel.

Plaintiff - Appellee

Paul Cairns; Terry Cleaver, M.D.; Kyle Colle, M.D.; Paul Tolentino, M.D.; Kevin Vaught, M.D.; Daniel Henson, Relators; Barbara Gibbs, Personal Representative of the Estate of Scott Randall Gibbs, M.D.

Relators - Appellees

v.

D.S. Medical LLC

Defendant - Appellant

Midwest Family Care, LLC

Defendant

Midwest Neurosurgeons, LLC

Defendant - Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Defendant

Sonjay Fonn, M.D.; Deborah Seeger

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cv-00004-LPR)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 31, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Maureen W. Gornik