# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1809

United States of America, ex rel., et al.

Appellees

v.

D.S. Medical LLC

Appellant

Midwest Family Care, LLC

Midwest Neurosurgeons, LLC

Appellant

Mount Auburn Medical Group, LLC, doing business as Mount Auburn Aesthetics Group

Sonjay Fonn, M.D. and Deborah Seeger

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:12-cv-00004-LPR)

---

**MANDATE**

In accordance with the judgment of July 31, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 31, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit