UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PAUL CAIRNS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 1:12-CV-00004-LPR |
| D.S. MEDICAL, L.L.C., et al, | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF SATISFACTION OF ORDER AWARDING ATTORNEY FEES, COSTS AND EXPENSES**

On March 22, 2024, the Court entered its Order (Doc. 765) awarding Relators herein a sum against Defendants as and for attorney fees, costs and expenses pursuant to 31 U.S.C. § 3730(d)(1).

Relators hereby state that Defendants' obligation pursuant to that Order (Doc. 765) has been satisfied in full.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/Matthew P. Diehr
Matthew P. Diehr, #61999MO
8001 Forsyth Boulevard, Suite 1500
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
E-Mail: matthew.diehr@huschblackwell.com

*Attorney for the Relators*

HB: 4892-3451-9252.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via the Court's electronic filing system this 31st day of July 2024 on all counsel of records who have filed an appearance with the Court.

By: /s/ *Matthew P. Diehr*
Matthew P. Diehr, #61999
HUSCH BLACKWELL LLP

HB: 4892-3451-9252.1